

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–28–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| DALE WAYNE PERRINE, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 28.) Defendant Dale Wayne Perrine appeared before the Court on September 6, 2019, and entered a plea of guilty to Counts II and III of the Indictment. He also admitted the forfeiture allegation. Perrine's plea provides a factual basis and cause to issue an Order of Forfeiture under 21 U.S.C. § 853(a)(1), 21 U.S.C. § 881(a), and 18 U.S.C. § 924(d). Accordingly,

IT IS ORDERED that the motion (Doc. 28) is GRANTED. Dale Wayne Perrine's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853(a)(1), 21 U.S.C. § 881(a), and 18 U.S.C. § 924(d):

- $3721.00 in U.S. Currency;
- One Western Six revolver, serial number 6806; and

1

- One holster.

The FBI, the United States Marshals Service, or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States shall provide written notice to all third parties asserting a legal interest in any of the above-described property and shall post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's preliminary order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

Upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 9th day of September, 2019.

Donald W. Molloy, District Judge
United States District Court

2