IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

DEC 1 0 2019

Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–28–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| DALE WAYNE PERRINE, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Final Order of

Forfeiture. (Doc. 32.) Having reviewed the motion, the Court finds:

1      The United States commenced this action pursuant to 21 U.S.C.

§ 853(a)(1), 21 U.S.C. § 881(a)(7) and (11), and 18 U.S.C. § 924(d).

2.      A preliminary order of forfeiture was entered on September 9, 2019.

(Doc. 30.)

3.      All known interested parties were provided an opportunity to respond

and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 31.)

4.      There is cause to issue a forfeiture order under 21 U.S.C. § 853(a)(1),

21 U.S.C. § 881(a)(7) and (11), and 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that:

1.      The motion for final order of forfeiture (Doc. 32) is GRANTED.

2.     Judgment of forfeiture of the following property shall enter in favor of

the United States pursuant to 21 U.S.C. § 853(a)(1), 21 U.S.C. § 881(a)(7) and

(11), and 18 U.S.C. § 924(d), free from the claims of any other party, the following

property:

- $3721.00 in U.S. Currency;

- One Western Six revolver, serial number 6806; and

- One holster.

3.     The United States shall have full and legal title to the forfeited

property and may dispose of it in accordance with law.

DATED this ___10th___ day of December, 2019.


Donald W. Molloy, District Judge
United States District Court